UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>    v.<br><br>INN AT JACK LONDON SQUARE LLC,<br><br>    Defendant. | Case No. 19-cv-06777-DMR<br><br>**ORDER TO SHOW CAUSE** |

Defendant filed a motion to set aside default on December 2, 2019. Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on December 16, 2019, but no such opposition has been received. <u>Plaintiff is ordered to respond by **December 23, 2019**, and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on Defendant's motion is VACATED. A new hearing shall be noticed by the court if necessary. If Plaintiff does not respond by December 23, 2019, Defendant's motion may be granted.

**IT IS SO ORDERED.**

Dated: December 18, 2019

Donna M. Ryu
United States Magistrate Judge