Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant
INN AT JACK LONDON SQUARE, LLC

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

THERESA BROOKE, a married woman
dealing with her sole and separate claim,

                Plaintiff,

vs.

INN AT JACK LONDON SQUARE, LLC,
a California limited liability company, dba
Z Hotel Jack London Square,

                Defendant.

Case No. 4:19-cv-06777-SBA

**NOTICE OF MOTION AND MOTION
TO DISMISS FIRST AMENDED
COMPLAINT**

**Date: April 8, 2020**
**Time: 2 p.m.**
**Courtroom: TBD**
**Oakland Courthouse**

**NO ORAL ARGUMENT UNLESS
REQUESTED BY THE COURT**

Complaint filed: October 23, 2019

**TO PLAINTIFF AND HER ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on April 8, 2020, at 2 p.m. in Courtroom to be determined of the Northern District of California Federal Court, Oakland Division, Defendant INN AT JACK LONDON SQUARE, LLC hereby will move this Court for an Order dismissing the Complaint for lack of standing and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1) and (6).

This motion is brought on the grounds that THERESA BROOKE ("Plaintiff") lacks sufficient Article III standing to bring the claims asserted in the complaint and fails to allege sufficient facts to support standing under the Unruh Act and Disabled Persons Act claims.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: February 21, 2020            By: _____
                                        Philip H. Stillman, Esq.
                                    Attorneys for defendant INN AT JACK LONDON
                                    SQUARE, LLC

Motion to Dismiss Complaint            -1-

**PROOF OF SERVICE**

I, the undersigned, certify under penalty of perjury that on February 21, 2020 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss and Memorandum of Points and Authorities was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same.

By: */s/ Philip H. Stillman*
Attorneys for INN AT JACK LONDON SQUARE, LLC

Motion to Dismiss Complaint                           -1-