1  P. Kristofer Strojnik, State Bar No. 242728
2  pstrojnik@strojniklaw.com
   **THE STROJNIK FIRM LLC**
3  **A LIMITED LIABILITY COMPANY**
   Esplanade Center III, Suite 700
4  2415 East Camelback Road
5  Phoenix, Arizona 85016
   602.510.9409 (tel.)
6
7  Attorneys for Plaintiff THERESA BROOKE

8  ## UNITED STATES DISTRICT COURT

9  ## NORTHERN DISTRICT OF CALIFORNIA

10
11 THERESA BROOKE, a married woman
   dealing with her sole and separate claim,        Case No: 4:19-cv-06777-SBA
12
             Plaintiff,                             **JOINT MOTION TO EXTEND**
13                                                  **DEADLINES REGARDING DOC. 35**
                                                    **MOTION TO DISMISS**
14 vs.
15
   INN AT JACK LONDON SQUARE LLC,
16 THE, a California limited liability company
   dba Z Hotel Jack London Square,
17
            Defendant.
18

19      The parties Stipulate to extend the deadlines set regarding the Doc. 35 Motion to
20 Dismiss. The current deadline and the new deadline requested are submitted below:

21
|                                | <u>Current</u> Deadline | <u>New</u> Deadline |
22
| Hearing date                   | April 8                 | April 22            |
23
| Plaintiff's Response to Doc. 35| March 6                 | March 20            |
24
| Defendant's Reply              | March 13                | March 27            |
25

26     Neither party is prejudiced by this short request. For the record, neither party
27 seeks oral argument unless ordered by the Court. A proposed form of Order is attached.
28

RESPECTFULLY SUBMITTED this 4th day of March, 2020.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff


/s/ Philip H. Stillman
P. Kristofer Strojnik (152861)
Attorneys for Defendant