P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**The Strojnik Firm LLC**
**A Limited Liability Company**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
602.510.9409 (tel.)

Attorneys for Plaintiff THERESA BROOKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>INN AT JACK LONDON SQUARE LLC,<br><br>Defendant. | Case No: 4:19-cv-06777-SBA<br><br>**NOTICE REGARDING COURT ALLOWING PLAINTIFF TO AMEND COMPLAINT AND REQUEST FOR FINAL ORDER** |

In the Court's most recent Order, the Court granted Defendant's Motion to Dismiss, but the Court graciously provided Plaintiff with an opportunity to amend the Complaint to cure the alleged deficiencies. Plaintiff respectfully believes that there are no deficiencies, and therefore she has no intention of amending the pleading. With this Notice in mind, Plaintiff is seeking a final order to appeal to the Ninth Circuit Court of Appeals and respectfully requests a final order. Plaintiff wishes to communicate to the Court that she does not intend any disrespect to the Court with this Notice and Request.

RESPECTFULLY SUBMITTED this 4th day of September, 2020.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff