UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THERESA BROOKE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>INN AT JACK LONDON SQUARE LLC,<br><br>　　　　Defendants. | Case No:  19-cv-06777 SBA<br><br>**ORDER DISMISSING ACTION** |

On August 28, 2020, the Court issued an order dismissing Plaintiff Theresa Brooke's First Amended Complaint with leave to amend.  Dkt. 46.  On September 4, 2020, Plaintiff filed notice of her intent not to amend the pleading.  Dkt. 47.  Accordingly, the action is hereby DISMISSED, and a final judgment will be entered.  The Clerk shall close the file and terminate any pending matters.

　　　　IT IS SO ORDERED.

Dated:  September 4, 2020

　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge