UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THERESA BROOKE,<br><br>    Plaintiff,<br><br>   vs.<br><br>INN AT JACK LONDON SQUARE LLC,<br><br>    Defendants. | Case No:  19-cv-06777 SBA<br><br>**JUDGMENT** |

    In accordance with the Court's Order dismissing action, Dkt. 48, and pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters a final judgment of dismissal.

    IT IS SO ORDERED.

Dated:  September 4, 2020

_____
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge