P. Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
602.510.9409 (tel.)

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 4:19-cv-06777-DMR |
| Plaintiff, | **PLAINTIFF THERESA BROOKE'S NOTICE OF APPEAL TO THE NINTH CIRCUIT COURT OF APPEALS** |
| vs. | |
| INN AT JACK LONDON SQUARE LLC, THE, a California limited liability company dba Z Hotel Jack London Square, | |
| Defendant. | |

Please take notice that Plaintiff Theresa Brooke appeals to the Ninth Circuit Court of Appeals. This appeal is made pursuant to 28 U.S.C. § 1291 and *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541 (1949). The orders appealed are the District Court's Doc. 46, 48 and 49 filings. Respectfully, the basis for this appeal is that there is no authority supporting the District Court's decision at Doc. 46.

RESPECTFULLY SUBMITTED this 23d day of September, 2020.

/s/ P. Kristofer Strojnik
P. Kristofer Strojnik (242728)
Attorneys for Plaintiff